UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES  DIVISION

| | | |
|---|---|---|
| **THOMAS LEVOYES DAVIS** | : | DOCKET NO. 2:08-cv-0159<br>Section P |
| **VS.** | : | **JUDGE MELANCON** |
| **UNITED STATES OF AMERICA, ET AL.** | : | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  For the reasons stated in the Report and Recommendation, and after an independent review of the record, including the untimely objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law, it is

**IT IS ORDERED** that the petitioner's motion is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette,  Louisiana, on this 18th day of April, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE